COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Daniel S. Duncan and Travis A. Bryan v. EDUCAP, Inc.

Appellate case number:   01-19-00023 CV

Trial court case number:  1091932

Trial court:              County Civil Court at Law No. 4 of Harris County

Appellants Daniel S. Duncan and Travis A. Bryan filed a motion for rehearing en banc. The motion is **denied**.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                      Acting for the Court

Panel consists of Chief Justice Radack and Justices Kelly, Goodman, Hightower, Landau, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: May 13, 2021